UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SKY MILLER,

    Plaintiff,

  v.

DICK MORGAN, et al.,

    Defendants.

Case No. C10-5638BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 14). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1)     The Court **ADOPTS** the Report and Recommendation; and

(2)     Plaintiff's motion for injunctive relief is **DENIED as moot.**

DATED this 12th day of January, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER