UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SKY MILLER,

            Plaintiff,

    v.

DICK MORGAN, *et al.*,

            Defendants.

CASE NO.  C10-5638BHS/JRC

ORDER DENYING A MOTION TO COMPEL

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  The matter is before the court on a second motion to compel discovery (ECF No. 19).  Defendants have responded (ECF No. 20).  Plaintiff has replied (ECF No. 21).

    Plaintiff withdraws his motion as to all but two requests for production of documents (ECF No. 21).  Requests 11 and 12 are still at issue.

    In request for production 11, plaintiff asks for a list of all employees who worked in the mail room at McNeil Island during the time frame when alleged retaliatory acts took place.  Defendants object, claiming that no such list exists and a request for production cannot force a party to create a document.  Defendants are correct.  Plaintiff should pursue gathering this

ORDER - 1

information through another form of discovery or ask for documents that do exist.  The motion to compel a response to request for production 11 is DENIED.

Request for production 12 asks for medical records from September 2009 through October 1, 2010.  Defendants respond by stating that the records are available for review and copying.  An order compelling production is not needed since the records are available for review and copying.  The fact that there may be a fee for copies does not make a motion to compel proper.  The in forma pauperis statute does not relieve a plaintiff of the costs of obtaining copies. Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989). The motion is DENIED.

DATED this 8th day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2