UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKY MILLER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DICK MORGAN, et al.,<br><br>　　　　　Defendants. | Case No. C10-5638BHS/JRC<br><br>REPORT AND RECOMMENDATION |

　　　　This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

　　　　The parties have filed a stipulated motion to dismiss the case (ECF No. 27). While the motion was not properly signed by the parties, the stipulated settlement agreement, which is attached to the motion was signed. The court reminds the parties that pursuant to Fed. R. Civ. P. 11 motions need to be signed.

REPORT AND RECOMMENDATION- 1

1  In order to avoid delay in finalizing the matter, however, the court recommends that the
2 action be dismissed under the terms of the settlement agreement and that all outstanding motions
3 be dismissed as moot.

Because this matter is submitted on the parties' stipulation, the usual fourteen (14) period for objections is not necessary and the order can be entered forthwith.

Dated this 12th day of April, 2011.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2