UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SKY MILLER,

    Plaintiff,

v.

DICK MORGAN, et al.,

    Defendants.

Case No. C10-5638BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 28. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED with prejudice**.

DATED this 27th day of April, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER