# United States District Court

WESTERN DISTRICT OF WASHINGTON

SKY MILLER

JUDGMENT IN A CIVIL CASE

v.

DICK MORGAN, et al.,

CASE NUMBER: C10-5638BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **DISMISSED with prejudice.**


April 29, 2011                                              BRUCE RIFKIN
                                                            Clerk

                                                            *s/CM Gonzalez*
                                                            Deputy Clerk